# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANN WOOD, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>v.<br><br>AMERIHEALTH CARITAS SERVICES, LLC,<br><br>      Defendant. | Case No. 2:21-cv-05258-JP |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY SETTLEMENT APPROVAL

NOW COMES, Plaintiff Ann Wood, on behalf of herself and all others similarly situated, hereby moves this Court to grant Plaintiff's Unopposed Motion for Preliminary Settlement Approval. The grounds in support of this motion are set forth in Plaintiff's Memorandum in Support of Unopposed Motion for Preliminary Settlement Approval, which is filed contemporaneously herewith.

Respectfully submitted,

Dated: September 28, 2022

**NICHOLS KASTER, PLLP**

/s/*Rachhana T. Srey*
Rachhana T. Srey, MN Bar No. 340133*
H. Clara Coleman, MN Bar No. 0401743*
4700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200

Fax: (612) 338-4878
srey@nka.com
ccoleman@nka.com

*Admitted Pro Hac Vice*

**SCHALL & BARASCH, LLC**
Patricia Barasch, PA Bar No. 70073
Moorestown Office Center
110 Marter Avenue, Suite 105
Moorestown, NJ 08057
Telephone: (856) 914-9200
Fax: (856) 914-8420
pbarasch@shallandbarasch.com

ATTORNEYS FOR PLAINTIFF, THE FLSA COLLECTIVE CLASS, AND THE PUTATIVE RULE 23 CLASS

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2022, a copy of the above was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court electronic filing system. Parties may access this filing through the Court's ECF system.

Dated: September 28, 2022          s/ *Rachhana T. Srey*
                                   Rachhana T. Srey